FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0564

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 21-0564

STATE OF MONTANA,
  *Plaintiff and Appellee,*

v.

KASEY N HUGS,
  *Defendant and Appellant.*

**ORDER**

Upon consideration of Appellant's motion to dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal is dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 28 2023